# JOHN SAM JR

**Earnings Statement**

**WESTSIDE MARKET TOCO HILLS LLC (C/O NETCHEX PAYROLL) 1530 ELLSWORTH IND BLVD NW ATLANTA, GA 30318**

| (MPE) | WESTSIDE MARKET TOCO HILLS LLC | Department: 000 / 000 / 000 - Main Department | Federal: S / 1 / $0.00 |
|---|---|---|---|
| SSN: | xxx-xx-0792  Pay Period: 11/16/2020 to 11/30/2020 | Paycheck Date: 12/15/2020   Paycheck Number: 0097635053 | State: S / 1 / 0 / $0.00 |
| Rate: | Exempt | | |

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Paid Time Off | | | | $0.00 | $331.16 |
| Regular | | | | $0.00 | $5,958.00 |
| Regular | | | | $1,793.75 | $27,471.96 |
| Vacation | | | | $0.00 | $2,690.62 |
| **Gross Earnings** | | | 0.00 | **$1,793.75** | **$36,451.74** |

| Taxes | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Fed Income Tax | | | | $166.52 | $3,452.81 |
| Fed Medicare | | | | $26.01 | $528.56 |
| Fed Soc Sec | | | | $111.21 | $2,259.97 |
| GA STATE | | | | $78.46 | $1,602.37 |
| **Net Earnings** | | | | **$1,411.55** | **$28,608.03** |

**Direct Deposit Distribution**

| | | Current Amount | YTD Amount |
|---|---|---|---|
| Dep Chkg xxx006 | | $1,411.55 | $28,608.03 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO - NEW | 2.0000 | 38.0000 | 16.0000 | 22.0000 |
| VACATION - NEW | 3.6667 | 65.6850 | 130.0000 | -64.3150 |

---

**WESTSIDE MARKET TOCO HILLS LLC**

(C/O NETCHEX PAYROLL)
1530 ELLSWORTH IND BLVD NW
ATLANTA, GA 30318

Department: 000 / 000 / 000

Stifel Bank
ST. LOUIS, MO

**0097635053**
**Date: 12/15/2020**

NON-NEGOTIABLE

PAY | ONE THOUSAND FOUR HUNDRED ELEVEN AND 55 / 100 ********** Dollars | $1,411.55

To the order of:

JOHN SAM JR
855 PEACHTREE STREET
UNIT 1310
ATLANTA, GA 30308

Direct Deposit Advice

****** NON - NEGOTIABLE ******

# JOHN SAM JR

# Earnings Statement

**WESTSIDE MARKET TOCO HILLS LLC (C/O NETCHEX PAYROLL) 1530 ELLSWORTH IND BLVD NW ATLANTA, GA 30318**

| (MPE) | WESTSIDE MARKET TOCO HILLS LLC | | **Department:** 000 / 000 / 000 - Main Department | | **Federal:** S / 1 / $0.00 |
|---|---|---|---|---|---|
| SSN: | xxx-xx-0792 | **Pay Period:** 11/01/2020 to 11/15/2020 | **Paycheck Date:** 11/30/2020 | **Paycheck Number:** 0097536437 | **State:** S / 1 / 0 / $0.00 |
| Rate: | Exempt | | | | |

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Paid Time Off | | | | $165.58 | $331.16 |
| Regular | | | | $1,628.17 | $25,678.21 |
| Regular | | | | $0.00 | $5,958.00 |
| Vacation | | | | $0.00 | $2,690.62 |
| **Gross Earnings** | | | 0.00 | **$1,793.75** | **$34,657.99** |

| Taxes | | | | | |
|---|---|---|---|---|---|
| Fed Income Tax | | | | $166.52 | $3,286.29 |
| Fed Medicare | | | | $26.01 | $502.55 |
| Fed Soc Sec | | | | $111.21 | $2,148.76 |
| GA STATE | | | | $78.46 | $1,523.91 |
| **Net Earnings** | | | | **$1,411.55** | **$27,196.48** |

## Direct Deposit Distribution

| Dep Chkg xxx006 | $1,411.55 | $27,196.48 |
|---|---|---|

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO - NEW | 2.0000 | 36.0000 | 16.0000 | 20.0000 |
| VACATION - NEW | 3.6667 | 62.0183 | 130.0000 | -67.9817 |

---

**WESTSIDE MARKET TOCO HILLS LLC**

(C/O NETCHEX PAYROLL)
1530 ELLSWORTH IND BLVD NW
ATLANTA, GA 30318

Department: 000 / 000 / 000

Stifel Bank
ST. LOUIS, MO

**0097536437**
**Date: 11/30/2020**

NON NEGOTIABLE

**PAY** ONE THOUSAND FOUR HUNDRED ELEVEN AND 55 / 100 ********* Dollars        **$1,411.55**

To the order of:

JOHN SAM JR
855 PEACHTREE STREET
UNIT 1310
ATLANTA, GA 30308

Direct Deposit Advice

****** NON - NEGOTIABLE ******

# JOHN SAM JR

# Earnings Statement

**WESTSIDE MARKET TOCO HILLS LLC (C/O NETCHEX PAYROLL) 1530 ELLSWORTH IND BLVD NW ATLANTA, GA 30318**

| (MPE) | WESTSIDE MARKET TOCO HILLS LLC | Department: 000 / 000 / 000 - Main Department | | Federal: S / 1 / $0.00 |
|---|---|---|---|---|
| SSN: | xxx-xx-0792   Pay Period: 10/16/2020 to 10/31/2020 | Paycheck Date: 11/13/2020 | Paycheck Number: 0097425710 | State: S / 1 / 0 / $0.00 |
| Rate: | Exempt | | | |

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Paid Time Off | | | | $165.58 | $165.58 |
| Regular | | | | $1,628.17 | $24,050.04 |
| Regular | | | | $0.00 | $5,958.00 |
| Vacation | | | | $0.00 | $2,690.62 |
| **Gross Earnings** | | | 0.00 | **$1,793.75** | **$32,864.24** |

| Taxes | | | | | |
|---|---|---|---|---|---|
| Fed Income Tax | | | | $166.52 | $3,119.77 |
| Fed Medicare | | | | $26.01 | $476.54 |
| Fed Soc Sec | | | | $111.21 | $2,037.55 |
| GA STATE | | | | $78.46 | $1,445.45 |
| **Net Earnings** | | | | **$1,411.55** | **$25,784.93** |

## Direct Deposit Distribution

| | | | | | |
|---|---|---|---|---|---|
| Dep Chkg xxx006 | | | | $1,411.55 | $25,784.93 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO - NEW | 2.0000 | 34.0000 | 8.0000 | 26.0000 |
| VACATION - NEW | 3.6667 | 58.3517 | 130.0000 | -71.6483 |

---

**WESTSIDE MARKET TOCO HILLS LLC**

(C/O NETCHEX PAYROLL)
1530 ELLSWORTH IND BLVD NW
ATLANTA, GA 30318

Department: 000 / 000 / 000

Stifel Bank
ST. LOUIS, MO

**0097425710**
**Date: 11/13/2020**

NON-NEGOTIABLE

PAY | ONE THOUSAND FOUR HUNDRED ELEVEN AND 55 / 100 ********* Dollars | $1,411.55

To the order of:

**JOHN SAM JR**
855 PEACHTREE STREET
UNIT 1310
ATLANTA, GA 30308

Direct Deposit Advice

****** NON - NEGOTIABLE ******

# JOHN SAM JR

**Earnings Statement**

WESTSIDE MARKET TOCO HILLS LLC (C/O NETCHEX PAYROLL) 1530 ELLSWORTH IND BLVD NW ATLANTA, GA 30318

| | | | |
|---|---|---|---|
| (MPE) WESTSIDE MARKET TOCO HILLS LLC | Department: 000 / 000 / 000 - Main Department | | Federal: S / 1 / $0.00 |
| SSN: xxx-xx-0792   Pay Period: 10/01/2020 to 10/15/2020 | Paycheck Date: 10/30/2020 | Paycheck Number: 0097358836 | State: S / 1 / 0 / $0.00 |
| Rate: Exempt | | | |

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Regular | | | | $1,793.75 | $22,421.87 |
| Regular | | | | $0.00 | $5,958.00 |
| Vacation | | | | $0.00 | $2,690.62 |
| **Gross Earnings** | | | 0.00 | **$1,793.75** | **$31,070.49** |

| Taxes | | Current Amount | YTD Amount |
|---|---|---|---|
| Fed Income Tax | | $166.52 | $2,953.25 |
| Fed Medicare | | $26.01 | $450.53 |
| Fed Soc Sec | | $111.21 | $1,926.34 |
| GA STATE | | $78.46 | $1,366.99 |
| **Net Earnings** | | **$1,411.55** | **$24,373.38** |

**Direct Deposit Distribution**

| | Current Amount | YTD |
|---|---|---|
| Dep Chkg xxx006 | $1,411.55 | $24,373.38 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO - NEW | 2.0000 | 32.0000 | 0.0000 | 32.0000 |
| VACATION - NEW | 3.6667 | 54.6850 | 130.0000 | -75.3150 |

---

**WESTSIDE MARKET TOCO HILLS LLC**

(C/O NETCHEX PAYROLL)
1530 ELLSWORTH IND BLVD NW
ATLANTA, GA 30318

Department: 000 / 000 / 000

Stifel Bank
ST. LOUIS, MO

**0097358836**
**Date: 10/30/2020**

NON NEGOTIABLE

PAY  ONE THOUSAND FOUR HUNDRED ELEVEN AND 55 / 100 ********* Dollars            $1,411.55

To the order of:

JOHN SAM JR
855 PEACHTREE STREET
UNIT 1310
ATLANTA, GA 30308

Direct Deposit Advice

****** NON - NEGOTIABLE ******